1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   DENNIS ROGGE,                           )   No. C 03-1159 JSW (PR)
                                            )
10              Petitioner,                 )   **ORDER DENYING REQUEST FOR**
                                            )   **CERTIFICATE OF APPEALABILITY**
11      vs.                                 )
                                            )
12   DARRELL ADAMS, Warden,                 )
                                            )   **(Docket No. 28)**
13              Respondent.                 )
     _____ )
14

15         Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C.

16   § 2254.  On August 6, 2003, the Court ordered Respondent to show cause why a writ

17   should not issue.  Respondent filed an answer on January 9, 2004.  Petitioner filed a

18   traverse on May 25, 2005.  On May 15, 2006, the Court entered an order and judgment

19   denying the petition on the merits.

20         On June 9, 2006 Petitioner filed a timely notice of appeal.  On June 12, 2006

21   Petitioner filed a motion for an extension of time to file his request for a certificate of

22   appealability, which the Court granted.  On July 18, 2006, Petitioner filed his Request for

23   a Certificate of Appealability.

24         A certificate of appealability is DENIED because Petitioner has not made "a

25   substantial showing of the denial of a constitutional right."  28 U.S.C. §  2253(c)(2).

26   Petitioner has not demonstrated that "reasonable jurists would find the district court's

27   assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529

28   U.S. 473, 484 (2000).

The clerk shall forward the case file with this order to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also request a certificate of appealability.  *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED:     August 28, 2006

_____

JEFFREY S. WHITE
United States District Judge